■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL DANDRIDGE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Scarpino, J.), rendered July 12, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,*

74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.